# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

|                     |                                              |
|---------------------|----------------------------------------------|
| **Debtor:**         | THEODORE & MELANIE STEARNS                   |
| **Case Number:**    | 12-03480-LT13    **Chapter:** 13             |
| **Date / Time / Room:** | TUESDAY, AUGUST 28, 2012 10:00 AM   DEPARTMENT 3 |
| **Bankruptcy Judge:** | LAURA S. TAYLOR                            |
| **Courtroom Clerk:** | SHAWNA DAHL                                 |
| **Reporter / ECR:** | COLLETTA BROOKS                              |

### Matters:

1) OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN FILED ON BEHALF OF JOHN BENAVIDEZ (fr 7/17/12)

2) STATUS CONFERENCE RE:  OBJECTION TO CLAIM NO. 5, CLAIMANT: JOHN BENAVIDEZ FILED ON BEHALF OF MELANIE AND THEORDORE STEARNS

### Appearances:

REBECCA PENNINGTON, ATTORNEY FOR DAVID L. SKELTON, CHAPTER 13 TRUSTEE
AJAY GUPTA, ATTORNEY FOR MELANIE  STEARNS, THEODORE  STEARNS
AHREN TILLER, ATTORNEY FOR JOHN BENAVIDEZ

### Disposition:

1 & 2)  Continued to 10/11/12 at 3:00 p.m. (argument only)

Briefs and declarations re: intent issue with supportive docs by 9/25/12.  Replies may be heard at continued hearing.  Trustee excused from attending continued hearing.

Scheduling Order to come from Court